UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:17-CR-00014-FDW-DSC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| SALVADOR MARTINEZ-YANEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Compassionate Release.[1] (Doc. No. 141.) After reviewing the Motion, the Court **DIRECTS** the United States to file a response to the Motion within thirty (30) days of this Order. Defendant shall have thirty (30) days after service of the United States's response to file a final reply brief.

**IT IS SO ORDERED.**

Signed: July 11, 2024

_____
Frank D. Whitney
United States District Judge

---

[1] The Motion is also styled as a petition for habeas corpus relief under 28 U.S.C. § 2241. The Court has already limited Defendant's Motion to a request for compassionate release because Defendant may only file a petition under § 2241 in the District of confinement. (Doc. No. 142.) This Order applies only to those portions of Defendant's motion seeking relief under 18 U.S.C. § 3582.

1